**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:          Joseph Dwayne Gibbs v. The State of Texas

Appellate case number:       01-17-00142-CR

Trial court case number:      1270510

Trial court:                         176th District Court of Harris County


This Court's July 11, 2017 Order of Abatement had granted appellant's motion to abate, abated this appeal, and remanded for the trial court to enter the required written findings of fact and conclusions of law regarding the voluntariness of appellant's statements and admissions following the denial of his pre-trial motion to suppress. On November 17, 2017, a compliant supplemental clerk's record with the trial court's findings of fact and conclusions of law, signed on November 8, 2017, was filed in this Court.

Accordingly, the Court sua sponte directs the Clerk of this Court to **REINSTATE** this case on the Court's active docket.

Appellant is **ORDERED** to file his appellate brief no later than **30 days** from the date of this order. *See* TEX. R. APP. P. 2, 38.6(a)(1), (d).

The State's appellate brief, if any, is **ORDERED** to be filed no later than **30 days** from the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).


It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes_____

☑ Acting individually    ☐ Acting for the Court

Date: November 28, 2017_____